UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                           :

LUIGI ABREU,                       :

             Plaintiff,       :

                           :       22 Civ. 1789 (JPC)

      -v-                   :

                           :       ORDER

SORME COMPANY, INC.    :

                           :

            Defendant.    :

                           :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 6, 2022, the Court ordered the parties to file dismissal papers or a status letter by June 6, 2022. Dkt. 10. The Court has not received the parties' submission. The deadline is extended *sua sponte* to July 8, 2022.

    SO ORDERED.

Dated: June 27, 2022
      New York, New York                        JOHN P. CRONAN
                                    United States District Judge