UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                         :

LUIGI ABREU,                                          :

                       Plaintiff,                  :

                                              :        22 Civ. 1789 (JPC)
           -v-                                  :

                                              :        <u>ORDER</u>

SORME COMPANY, INC.,                   :

                                              :

                     Defendants.            :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 6, 2022, the Court ordered the parties to file dismissal papers or, in the alternative, a status letter by May 6, 2022. Dkt. 10. The Court did not receive the submission, and it subsequently extended the deadline *sua sponte* to July 8, 2022. Dkt. 11. The Court still has not received the submission. The parties shall file a joint status letter addressing whether the case has settled, or whether they expect litigation to continue, by July 28, 2022.

       SO ORDERED.

Dated: July 25, 2022                                     _____
       New York, New York                            JOHN P. CRONAN
                                                           United States District Judge